OPINION — AG — ** PUBLIC TRUST — DUAL OFFICE HOLDING ** (1) AN INDIVIDUAL MAY `NOT' SERVE CONCURRENTLY AS A COMMISSIONER OF A MUNICIPAL URBAN RENEWAL AUTHORITY AND AS A TRUSTEE OF A PUBLIC TRUST OF WHICH THE MUNICIPALITY IS BENEFICIARY WITHOUT VIOLATING THE DUAL OFFICE HOLDING PROHIBITIONS OF 11 O.S. 38-118 [11-38-118] OR 51 O.S. 6 [51-6] (DUAL OFFICE HOLDING STATUTE) (2) AN UNLAWFUL CONFLICT OF INTEREST DOES `NOT' ARISE UNDER EITHER 60 O.S. 178.8 [60-178.8], OR 11 O.S. 38-118 [11-38-118], SIMPLY BECAUSE THE SAME PERSON SITS CONCURRENTLY AS A COMMISSIONER OF A MUNICIPAL URBAN RENEWAL AUTHORITY AND AS A TRUSTEE OF A PUBLIC TRUST WHICH IS AUTHORIZED BY ITS INDENTURE TO PROVIDE REVENUE BOND FINANCING FOR URBAN RENEWAL PROJECTS. (CITIES AND TOWNS, MUNICIPALITY, OFFICERS, PROPERTY, CONFLICT OF INTEREST, BENEFICIARY, PUBLIC OFFICER, MUNICIPAL OFFICE, PROHIBITION, POWERS) CITE: 51 O.S. 6 [51-6], 60 O.S. 179 [60-179], 60 O.S. 178.8 [60-178.8], 60 O.S. 178 [60-178](A), ARTICLE XVIII, SECTION 3(A), 11 O.S. 38-101 [11-38-101], 11 O.S. 38-119 [11-38-119], 11 O.S. 38-106 [11-38-106], 11 O.S. 38-107 [11-38-107] 11 O.S. 38-109 [11-38-109], 11 O.S. 38-118 [11-38-118] (FLOYD W. TAYLOR) == SEE OPINION NO. 88-603 (1988) == ==
SEE OPINION NO. 88-605 (1988) ==